[No. 30737-5-II. Division Two. January 10, 2006.]

CHESTER PRUDHOMME, *Appellant*, v. JEFFERSON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-2-00076-4, Kenneth D. Williams, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31699-4-II. Division Two. January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLINDA MAE TULEE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00466-9, Toni A. Sheldon, J., entered April 28, 2004. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Houghton, J.

[No. 31862-8-II. Division Two. January 10, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DEARLENA LOUISE KIMBER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04460-3, Brian M. Tollefson, J., entered June 11, 2004. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31907-1-II. Division Two. January 10, 2006.]

SUTTON MOORE, *Respondent*, v. DENNIS HUARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-00426-5, Leonard W. Kruse, J., entered June 16, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.